MOSER, Respondent, v. DANSKY, et al, Appellants

(21 N. W.2d 279)

(File No. 8738. Opinion filed January 5, 1946.)

Elmer Thurow and E. B. Harkin, both of Aberdeen, for Appellants.

P. J. Maloney, of Aberdeen, for Respondent.

PER CURIAM

The notice of appeal in the above entitled action was served on May 13, 1944, and a certified copy thereof was

filed in this court on May 22, 1944. No brief has been filed by the appellants. The appeal is deemed abandoned and the judgment appealed from is affirmed.

All the Judges concur.